Case: 06-5374   Document: 01201763   Page: 1
Case 1:06-cv-01868-UNA   Document 10   Filed 03/02/2008   Page 1 of 1

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5374**                                        **September Term, 2007**

06cv01868

Filed On: March 6, 2008 [1103531]

Frederick Banks,
    Appellant

v.

Department of Justice, Director, et al.,
    Appellees



MANDATE
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

### ORDER

    By order filed January 17, 2008, directing appellant to filed his brief and appendix to this court, by February 19, 2008. The order was sent to appellant by warden letter. To date, appellant has not complied with the Court's order. Upon consideration of the foregoing, it is

    **ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

    The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Elizabeth V. Scott
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk